

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00172-CV

Susan Lori **WIEDENFELD,**
Appellant

v.

Charles Alan **MARKGRAF,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-12374
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to July 5, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court